IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERESA ROSE,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD STONE & ASSOCIATES, RICHARD STONE, FREDERICK JOHNSTON, and PAUL DAVIS SYSTEMS OF OMAHA, INC.,<br><br>        Defendants. | **8:23CV179**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Plaintiff's Notice of Dismissal of Defendant Frederick Johnston without Prejudice (Filing No. 10). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Frederick Johnston be dismissed from the above captioned matter without prejudice with each party to pay their own fees and costs. Additional defendants remain parties in this action.

Dated this 14th day of June, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge